UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION

| | |
|---|---|
| LAKEISHA HARRIS<br><br>          Plaintiff,<br><br>     v.<br><br>SUNRISE SENIOR LIVING, INC., a corporation and DOES 1-100, inclusive,<br><br>          Defendants. | CASE NO.:  2:09-CV-01112-FCD-KJM<br><br>**ORDER** |

Upon agreement and stipulation of the parties, it is **ORDERED** that this action shall be, and hereby is, **DISMISSED WITH PREJUDICE**, WITH EACH SIDE TO BEAR THEIR OWN ATTORNEY'S FEES AND COSTS.

Dated:  June 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE